# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4225

Chambers of
**Hon, Victoria Reznik**
United States Magistrate Judge

| USDC SDNY |
| --- |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  August 30, 2023 |

United States District Court
Southern District of New York
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
            Plaintiff

   -against-

RAFAEL VENTURA PAUL,
            Defendant.
-----------------------------------------------------------X

**SCHEDULING ORDER**

**7:23-CR-00452**

TO ALL PARTIES:
The Court has scheduled an ARRAIGNMENT ON AN INDICTMENT for 9/7/2023 at 1:00 PM before Magistrate Judge Victoria Reznik. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Dated:  8/30/2023
          White Plains, New York

                                    SO ORDERED:

                                    s/          VR
                                    _____

                                    VICTORIA REZNIK
                                    United States Magistrate Judge