

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 14, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

    Re:   *United States v. Rafael Ventura Paula*, 23 Cr. 452 (KMK)
           **Application to Exclude Time**

Dear Judge Karas:

    The Government respectfully requests that the Court exclude time between September 21, 2023 and October 2, 2023, the date of the initial pre-trial conference, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

    The defendant was arraigned on the Indictment on September 7, 2023. During that proceeding, the Honorable Victoria Reznik, United States Magistrate Judge, excluded time to September 21. The Government submits that a further exclusion of time between September 21 and the initial conference would serve the interests of justice by both allowing the defense time review discovery and giving the parties an opportunity to discuss a potential pretrial disposition of this matter.

    Defense counsel has indicated that the defense does not object to this request.

> Granted. Time is excluded until 10/2/23, in the interests of justice, to allow the Parties to review discovery and to discuss a potential resolution of this case before the initial conference. The interests of justice from this exclusion outweigh Defendant's and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).
>
> So Ordered.
> *[signature]*
> 9/14/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ David A. Markewitz*
     David A. Markewitz
     Assistant United States Attorney
     (914) 993-1920

Cc:   Kerry Lawrence, Esq. (by ECF)