# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

November 29, 2023

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

　　　　Re:　**United States v. Rafael Ventura Paula**
　　　　　　　**23 Cr. 452 (KMK**

Dear Judge Karas:

　　I am writing, with the consent of the Government, to request that the pretrial conference presently scheduled for December 5, 2023 be moved to a date after January 17, 2024.

　　I am still reviewing the discovery in this case and do not yet know whether I may be filing any pretrial motions. The additional time requested in this letter motion will permit me to further review the discovery in this case, most of which is in Spanish. The defendant is out on bail and not in custody.

　　I agree that the time between December 5, 2023 and any date set by the court for a next pretrial conference should be excluded under the Speedy Trial Act.

　　Thank you for your consideration in this matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*Kerry A. Lawrence*

　　　　　　　　　　　　　　　　Kerry A. Lawrence

cc: AUSA David Markewitz (via ecf)

---

*Denied. The conference will proceed as scheduled.*

SO ORDERED

*[signature]*
KENNETH M. KARAS, U.S.D.J.
11/30/2023