# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

December 7, 2023

*Via ECF*
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re: *USA v. Rafael Ventura Paula*
    23-Cr-452 (KMK)

Dear Judge Karas:

    I am writing, with the consent of the government, to request permission for Mr. Ventura Paula to travel and stay with his daughter in Bridgeport, Connecticut from December 23 through December 25, and December 30 through January 1 to celebrate both Christmas and the new year. Mr. Ventura Paula has been fully compliant with his bail conditions since being released on bail.

    Thank you for the Court's consideration of this request.

So Ordered.
*[signature]*
12/8/23

Respectfully submitted,

*[signature]*

Kerry A. Lawrence

cc: AUSA David Markewitz (via ECF)